Certificate Number: 03088-PAE-DE-027885755

Bankruptcy Case Number: 11-15759



03088-PAE-DE-027885755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 9, 2016</u>, at <u>11:37</u> o'clock <u>PM CDT</u>, <u>Karin Williamson</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 9, 2016</u>            By:    <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>