# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 11-15759-JKF

KARIN WILLIAMSON

AKA KARIN WILLIAMSON CLARK
1005 STRATFORD AVE.
ELKINS PARK, PA 19027

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KARIN WILLIAMSON

    AKA KARIN WILLIAMSON CLARK
    1005 STRATFORD AVE.
    ELKINS PARK, PA 19027


Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                            /S/ William C. Miller

Date: 9/29/2016                                      _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee