## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Karin Williamson
        Debtor(s)

CHAPTER 13

BKY. NO. 11-15759 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-6TT, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4168

                                    Respectfully submitted,

                                    **/s/Thomas Puleo, Esquire**
                                    Thomas Puleo, Esquire
                                    Brian C. Nicholas, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406