United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-15759-jkf
Karin Williamson                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey           Page 1 of 1              Date Rcvd: May 15, 2017
                         Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
13353728        +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                  SIMI VALLEY, CA 93065-6414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
    ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
     agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
    BRAD J. SADEK    on behalf of Debtor Karin  Williamson brad@sadeklaw.com
    BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
    DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o
     Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
    JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., as Servicer for the
     Mortgagee of Record paeb@fedphe.com
    MARIO J. HANYON    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
     paeb@fedphe.com
    PETER J. MULCAHY    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
    THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o Rushmore
     Loan Management Services tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                 TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-15759-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Karin Williamson
1005 Stratford Ave.
Elkins Park PA 19027

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/11/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 12: BANK OF AMERICA, N.A., ATTN: BANKRUPTCY DEPT., MAIL STOP CA6-09-01-23, 400 NATIONAL WAY, SIMI VALLEY, CA 93065 | ROUNDPOINT MORTGAGE SERVICING CORPORATION 5016 PARKWAY PLAZA BLVD, SUITE 200 CHARLOTTE, NC 28217 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/17/17

Tim McGrath
**CLERK OF THE COURT**