United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-15759-jkf
Karin Williamson                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 2           Date Rcvd: Jun 12, 2017
                              Form ID: 138NEW          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
```
db            +Karin Williamson,    1005 Stratford Ave.,    Elkins Park, PA 19027-3026
NONE          +Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 804,
                Philadelphia, PA 19107-4708
12544642       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12495791       Amex,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13353728      +BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,    400 NATIONAL WAY,
                SIMI VALLEY, CA 93065-6414
13700556       BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
12495792      +Barclays Bank Delaware,    125 S West St,    Wilmington, DE 19801-5014
12495793      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
12534369       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12495794      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
12509419      +Department Stores National Bank/Visa,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
12633786      +First National Bank of Omaha,    Commonwealth Financial, Inc.,    245 Main St.,
                Dickson City, PA 18519-1641
13917729      +ROUNDPOINT MORTGAGE SERVICING CORPORATION,    5016 PARKWAY PLAZA BLVD, SUITE 200,
                CHARLOTTE, NC 28217-1930
12650615      +Sadek Law Offices, LLC,    1315 Walnut Street,    Suite 804,    Philadelphia, PA 19107-4708
12495797      +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
12495798     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: Us Dept Ed,     Po Box 7202,    Utica, NY 13504-7202)
12565013       US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
12495799      +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12495800     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir,
                Frederick, MD 21701)
13256590      +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC# D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
12511717      +Wells Fargo Bank, N.A.,    Bankruptcy Department,    Wells Fargo Bank, N.A.,
                One Home Campus MAC X2302-04C,    Des Moines, IA 50328-0001
13406439      +Wilmington Savings Fund Society, FSB et al,    c/o Rushmore Loan Management Services,
                P.O. Box 52708,    Irvine, CA 92619-2708
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:39     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:19
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2017 01:19:34     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:55     GE Money Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 01:14:46
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
12500902      +E-mail/Text: EBNProcessing@afni.com Jun 13 2017 01:19:27     Afni, Inc.,    PO Box 3667,
                Bloomington, IL 61702-3667
12509340       E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:19:09     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12495795      +E-mail/Text: mrdiscen@discover.com Jun 13 2017 01:19:09     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
12495796       E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2017 01:14:55     Gemb/Ge Money Bank Low,
                Po Box 103065,    Roswell, GA 30076
12604701      +E-mail/Text: ECF@SHERMETA.COM Jun 13 2017 01:19:28     Mercedes-Benz Credit Corporation,
                c/o Shermeta, Adams & Von Allmen, P.C.,    P O Box 80908,    Rochester Hills, MI 48308-0908
12552991       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 13 2017 01:14:57
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12507079       E-mail/PDF: rmscedi@recoverycorp.com Jun 13 2017 01:14:55
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing
13700557*      BCAT 2014-6TT,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Linda                   Page 2 of 2                   Date Rcvd: Jun 12, 2017
                               Form ID: 138NEW               Total Noticed: 34
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                       Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Karin   Williamson brad@sadeklaw.com
              DANIELLE   BOYLE-EBERSOLE     on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JOSEPH ANGEO DESSOYE     on behalf of Creditor    Bank of America, N.A., as Servicer for the
               Mortgagee of Record paeb@fedphe.com
              MARIO J. HANYON     on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o Rushmore
               Loan Management Services tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Karin Williamson
    Debtor(s)

Bankruptcy No: 11–15759–jkf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/12/17

58 – 57
Form 138_new