**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| KARIN WILLIAMSON | : | BK. No. 11-15759 JKF |
| A/K/A KARIN WILLIAMSON CLARK | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| NEWLANDS ASSET HOLDING TRUST CARE OF U.S. BANK TRUST NATIONAL ASSOCIATION | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| KARIN WILLIAMSON | : | |
| A/K/A KARIN WILLIAMSON CLARK | : | |
| Respondents | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

**AND NOW**, this 20th day of July, 2017, at **PHILADELPHIA**, upon Motion of **NEWLANDS ASSET HOLDING TRUST CARE OF U.S. BANK TRUST NATIONAL ASSOCIATION** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7828 THOURON AVENUE, PHILADELPHIA, PA 19150-2514(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **NEWLANDS ASSET HOLDING TRUST CARE OF U.S. BANK TRUST NATIONAL ASSOCIATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

KARIN WILLIAMSON
1005 Stratford Ave.
Elkins Park, PA 19027

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107