United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 11-15759-jkf
Karin Williamson                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey           Page 1 of 1           Date Rcvd: Jul 20, 2017
                         Form ID: pdf900        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
db            +Karin Williamson,    1005 Stratford Ave.,    Elkins Park, PA 19027-3026
NONE          +Brad J. Sadek,    Sadek Law Offices,    1315 Walnut Street,    Suite 804,
                Philadelphia, PA 19107-4708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Jul 21 2017 01:24:40     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 21 2017 01:24:04
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 21 2017 01:24:33     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 21 2017 01:27:33     GE Money Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave, Suite 1120,    Miami, FL  33131-1605
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 21 2017 01:33:04
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BCAT 2014-6TT,   c/o Shellpoint Mortgage Servicing
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com
              BRAD J. SADEK    on behalf of Debtor Karin  Williamson brad@sadeklaw.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              JEROME B. BLANK    on behalf of Creditor    Newlands Asset Holding Trust Care Of US Bank Trust NA
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., as Servicer for the
               Mortgagee of Record paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               paeb@fedphe.com
              PETER J. MULCAHY    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o Rushmore
               Loan Management Services tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| KARIN WILLIAMSON | : | BK. No. 11-15759 JKF |
| A/K/A KARIN WILLIAMSON CLARK | : | |
| Debtor | : | Chapter No. 13 |
| | : | |
| NEWLANDS ASSET HOLDING TRUST CARE | : | |
| OF U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| KARIN WILLIAMSON | : | |
| A/K/A KARIN WILLIAMSON CLARK | : | |
| Respondents | : | |

**ORDER MODIFYING §362 AUTOMATIC STAY**

  **AND NOW**, this 20th day of July, 2017, at **PHILADELPHIA**, upon Motion of **NEWLANDS ASSET HOLDING TRUST CARE OF U.S. BANK TRUST NATIONAL ASSOCIATION** (Movant), it is:

  **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

  **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 7828 THOURON AVENUE, PHILADELPHIA, PA 19150-2514 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

  **ORDERED** that Rule 4001(a)(3) is not applicable and **NEWLANDS ASSET HOLDING TRUST CARE OF U.S. BANK TRUST NATIONAL ASSOCIATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_____
JEAN K. FITZSIMON, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE
(TRUSTEE)
1234 Market Street, Suite 1813
Philadelphia, PA 19107

BRAD J. SADEK, ESQUIRE
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

KARIN WILLIAMSON
1005 Stratford Ave.
Elkins Park, PA 19027