United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Karin Williamson  
    Debtor

Case No. 11-15759-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Jul 21, 2017  
                       Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2017.  
db         +Karin Williamson,   1005 Stratford Ave.,   Elkins Park, PA 19027-3026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:  
        ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY et al...  
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
        BRAD J. SADEK    on behalf of Debtor Karin   Williamson brad@sadeklaw.com  
        BRAD J. SADEK    on behalf of  Brad J. Sadek brad@sadeklaw.com  
        DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o  
         Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com  
        JEROME B. BLANK    on behalf of Creditor    Newlands Asset Holding Trust Care Of US Bank Trust NA  
         paeb@fedphe.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank of America, N.A., as Servicer for the  
         Mortgagee of Record paeb@fedphe.com  
        MARIO J. HANYON    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation  
         paeb@fedphe.com  
        PETER J. MULCAHY    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com  
        THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, FSB et al c/o Rushmore  
         Loan Management Services tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
         philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                            TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                    : Chapter 13

Karin Williamson                                                      : Case No. 11−15759−jkf
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , July 21, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

66
Form 195